IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LARUE ANTONIO JONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-14-0384-C |
| ) | |
| ROBERT PATTON, Director, ) | |
| Oklahoma Department of Corrections, ) | |
| ) | |
| Respondent. ) | |

ORDER OF DISMISSAL

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Charles B. Goodwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Goodwin entered a Report and Recommendation on March 13, 2015, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again. In his objection, Petitioner merely restates the conclusions and legal argument originally asserted, and raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 13), and for the reasons announced therein, this petition for habeas corpus relief is dismissed, as untimely. As no amendment can cure the defect, this dismissal acts as an adjudication on the merits, and a judgment will enter. Petitioner's

Motion for Evidentiary Hearing (Dkt. No. 6) and Motion for Status hearing (Dkt. No. 12) are denied as moot.

IT IS SO ORDERED this 31st day of March, 2015.

*Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge